IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM LEROY BRADLEY                                                    PLAINTIFF

v.                                     Case No. 4:23-cv-4015

TOMMY POTTER                                                            DEFENDANT

## <u>ORDER</u>

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 7.  After screening the 42 U.S.C. § 1983 claims in the complaint, Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for failing to state a claim upon which relief can be granted.  Judge Bryant further recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*.  Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is hereby **directed** to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 18th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The instant Report and Recommendation was mailed to Plaintiff, but was returned as undeliverable.  ECF No. 8. Plaintiff was given until April 14, 2023 to provide the Court with a new address, but he failed to do so.